# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 20, 2021

## NO. 03-20-00135-CV

**Mohammad Reza Assadi, Appellant**

**v.**

**Amir Batoei; Family AB Austin Feb5, LP; and Lee AB Land, LLC, Appellees**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on March 25, 2020. The parties have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.